**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
04/08/2019

In Re: Roberto Calzadillas

**Debtor(s)**

Case No.: 13–37902

Chapter: 13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/8/19

MARVIN ISGUR
United States Bankruptcy Judge